AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Oregon

United States of America
v.

Erwin Jose Bonilla-Martinez

*Defendant(s)*

Case No. 3:26-mj-00304

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 3, 2026 in the county of Multnomah in the District of Oregon, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) | Possession with Intent to Distribute Fentanyl (400 grams or more of a Mixture or Substance Containing a Detectable Amount of Fentanyl) |

This criminal complaint is based on these facts:

See attached affidavit of Homeland Security Investigations (HSI) Special Agent Maxamilian Purvine

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Maxamilian Purvine, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 6:56 pm a.m./p.m.

Date: 11/04/2026

Youlee Yim You
*Judge's signature*

City and state: Portland, Oregon

Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*